IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHELLE LANE | ) |
| Plaintiff, | ) |
| v. | ) C.A. 1:20cv1361 (TSE/JFA) |
| CHARTER COMMUNICATIONS, INC. f/k/a TIME WARNER CABLE, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michelle Lane and Defendant Charter Communications, Inc. f/k/a Time Warner Cable, Inc. hereby consent to the voluntary dismissal of this case, with prejudice; it is therefore:

**ORDERED** this matter be, and it hereby is, dismissed with prejudice as to all claims and all parties.

**SO ORDERED.**

Dated: 9/22/21
Alexandria, Virginia

The Honorable T. S. Ellis, III
Senior Judge, United States District Court